```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
        - v. -                :
                              :
   Johandy Colon              :
   a/k/a " Luis Fermin"       :
   a/k/a "Nicholas S.         :
        Rapsomanikis",        :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x
```

**07 CRIM. 322**

NOTICE OF INTENT TO
FILE AN INFORMATION

Berman, J.

*Judge Berman* [stamp]

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 16, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                              By:   _____
                                    John T. Zach
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                              By:   _____
                                    Michael Schwed, Esq.
                                    Attorney for Johandy Colon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2007

4/16/07 wheel A