UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                  :     WAIVER OF INDICTMENT
        - v. -                    :
                                  :     07 Cr.
JOHANDY COLON,                    :
    a/k/a "Luis Fermin",          :     **07 CRIM 322**
    a/k/a "Nicholas S.            :
            Rapsomanikis",        :
                                  :
                Defendant.        :
                                  :
                                  :
- - - - - - - - - - - - - - - - x

     The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 8 2007
```

_____
JOHANDY COLON
Defendant

_____
Witness

_____
Michael Schwed, Esq.
Counsel for Defendant

Date:  New York, New York
       April 18, 2007

0202