*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                          :

JOHANDY COLON,                    :
  a/k/a "Luis Fermin",
  a/k/a "Nicholas S.              :
      Rapsomanikis",
                               :
              Defendant.       :
                               :

- - - - - - - - - - - - - - - - - x

07 CRIM 322

INFORMATION

07 Cr.

COUNT ONE

The United States Attorney charges:

On or about September 20, 2006, in the Southern District of New York, JOHANDY COLON, a/k/a "Luis Fermin", a/k/a "Nicholas S. Rapsomanikis", the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about February 21, 2001, for attempted criminal possession of a controlled substance in the third degree with intent to sell, a Class C felony, in Queens County Supreme Court, unlawfully, willfully, and knowingly did possess in and affecting interstate commerce, a firearm, to wit, a loaded 9 mm Luger High



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 8 2007

Point firearm, which previously had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHANDY COLON,
a/k/a "Luis Fermin",
a/k/a "Nicholas S. Rapsomanikis",

Defendant.

**INFORMATION**

07 Cr.

(18 U.S.C. § 922(g))

MICHAEL J. GARCIA
United States Attorney.

---

R↙
4/18/07

Def present w/ counsel George Goltzer, Jeffrey Brown present for the gov't. Def Ryan O'Connor waives indictment and enters a plea of not guilty. Defendants bail status is unchanged. Conf b/4 Judge Batts on 5/29/07 at 11:00 AM. Time is excluded through date of conf in the interest of justice.

F. Maas, USMJ