UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | |
| JOHANDY COLON, | : | 07 Cr. 322 (RMB) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin N. Fox, United States Magistrate Judge, on May 21, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment 07 Cr. 322 knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

*Conference on 5/30/07 @ noon.*

Dated:  May **23**, 2007.

*RMB*
_____
The Honorable Richard M. Berman
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07